*E-Filed 3/26/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LORENZO ARTEAGA, | No. C 09-2812 RS (PR) |
| Petitioner, | **ORDER DISMISSING ACTION** |
| v. | |
| EDWARD C. FLORES, et al., | |
| Respondents. | |

This is a federal habeas corpus action filed by a *pro se* state prisoner pursuant to 28 U.S.C. § 2254. Petitioner was ordered to file an amended petition by November 18, 2009 or face dismissal of the action. Petitioner still has not filed an amended petition. Accordingly, the petition, and thereby the action, is DISMISSED without prejudice.

The Clerk shall enter judgment in favor of respondents and close the file.

**IT IS SO ORDERED**.

DATED: March 26, 2010

_____
RICHARD SEEBORG
United States District Judge

No. C 09-2812 RS (PR)
ORDER OF DISMISSAL